**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RAMIRO CHAPA, JR.                                                                                          PLAINTIFF

v.                                            No. 2:12CV00230 JLH-JTR

JOHN FOX, Warden,
FCI - Forrest City                                                                                         DEFENDANT

## ORDER

On March 28, 2014, United States Magistrate Judge J. Thomas Ray entered Proposed Findings and Recommended Disposition in which he recommended that the petition for writ of habeas corpus filed by Ramiro Chapa, Jr., be dismissed with prejudice. No objections have been filed. The Proposed Findings and Recommended Disposition are adopted as this Court's findings and disposition in all respects. Judgment will be entered separately.

IT IS SO ORDERED this 4th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE