**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RAMIRO CHAPA, JR.                                                                PLAINTIFF

v.                                        No. 2:12CV00230 JLH-JTR

JOHN FOX, Warden,
FCI - Forrest City                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, Ramiro Chapa, Jr.'s petition for writ of

habeas corpus is dismissed with prejudice.  No certificate of appealability will be issued.

IT IS SO ORDERED this 4th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE